Richard E. Donahoo, State Bar No. 186957
Sarah L. Kokonas, State Bar No. 262875
Judith L. Camilleri, State Bar No. 282503
**DONAHOO & ASSOCIATES, PC**
440 West First Street, Suite 101
Tustin, CA 92780
Telephone: (714) 953-1010
Facsimile: (714) 953-1777
Email: rdonahoo@donahoo.com
skokonas@donahoo.com
jcamilleri@donahoo.com

Attorneys for Plaintiff

Alexander M. Chemers, State Bar No. 263726
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART**
400 S. Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: (213) 239-9800
Facsimile: (213) 239-9045
Email: alexander.chemers@ogletree.com

Anthony J. DeCristoforo, State Bar No. 166171
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART**
Esquire Plaza
1215 K Street, 17th Floor
Sacramento, CA 95814
Telephone: (916) 840-3141
Facsimile: (916) 862-9616
Email: anthony.decristoforo@ogletree.com

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE A. FELIX, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN TRAFFIC SOLUTIONS, INC.; and DOES 1 through 200,<br><br>Defendants. | Case No.: 2:16-cv-09170-JAK (GJSx)<br>District Judge: Hon. John A. Kronstadt<br>Magistrate Judge: Hon. Gail J. Standish<br><br>**NOTICE OF TENTATIVE SETTLEMENT AND RESPONSE TO ORDER DIRECTING COUNSEL TO FILE JOINT RULE 26(f)(16(b) REPORT**<br><br>Complaint filed: November 7, 2016 |

TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Plaintiff George A. Felix and Defendant American Traffic Solutions, Inc. (the "Parties") have reached a settlement in principle of the above-captioned matter and are in the process of memorializing the agreement. It is anticipated that a dismissal of the entire action with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) will be filed within twenty-one (21) days of the date of this Notice.

As a result of the Parties' tentative settlement and their efforts to finalize that settlement, the Parties have not filed their joint statement, as noted in the Court's Order Directing Counsel to File Joint Rule 26(f)/16(b) Report [Dkt No. 16]. The Parties respectfully request that the Court vacate or continue the upcoming dates (including the scheduling conference set for March 6, 2017) and/or set an Order to Show Cause Re: Dismissal for April, 2017.

DATED: February 28, 2017 DONAHOO & ASSOCIATES, PC

By: /s/ Richard E. Donahoo
Richard E. Donahoo
Sarah L. Kokonas
Judith L. Camilleri
Attorneys for Plaintiff GEORGE FELIX

DATED: February 28, 2017 OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.

By: /s/ Alexander M. Chemers
Anthony J. DeCristoforo
Alexander M. Chemers
Attorneys for Defendant AMERICAN TRAFFIC SOLUTIONS, INC.

28909055.1